WILLIAM O'KEEFFE, Appellant, *v.* JOHN F. CORBEY, Respondent.

Argued June 1, 1948; decided July 16, 1948.

*Edward K. Hanlon. Bertrand L. Kohlmann* and *Walter E. Beverly, Jr.,* for appellant.

*Harold L. Haskin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.